Exhibit A



Select Language

Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information

Case Number: CV2022-090614  
File Date: 2/11/2022  
Case Type: Civil  
Judge: Hopkins, Stephen  
Location: Southeast  

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| John Ryan | Plaintiff | Male | Jonathan Henry |
| Costco Wholesale Corporation | Defendant | | Pro Per |
| Costco Wholesale Membership Inc | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 2/17/2022 | AFS - Affidavit Of Service | 2/28/2022 | |

**NOTE:** COSTCO WHOLESALE CORPORATION

| | | | |
|---|---|---|---|
| 2/17/2022 | AFS - Affidavit Of Service | 2/28/2022 | |

**NOTE:** COSTCO WHOLESALE MEMBERSHIP INC

| | | | |
|---|---|---|---|
| 2/11/2022 | COM - Complaint | 2/14/2022 | |

**NOTE:** Complaint

| | | | |
|---|---|---|---|
| 2/11/2022 | CSH - Coversheet | 2/14/2022 | |

**NOTE:** Civil Cover Sheet

| | | | |
|---|---|---|---|
| 2/11/2022 | CCN - Cert Arbitration - Not Subject | 2/14/2022 | |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | | |
|---|---|---|---|
| 2/11/2022 | SUM - Summons | 2/14/2022 | |

**NOTE:** Summons

| | | | |
|---|---|---|---|
| 2/11/2022 | SUM - Summons | 2/14/2022 | |

**NOTE:** Summons

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**



# Service of Process Transmittal
02/15/2022
CT Log Number 541061317

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in Arizona** |
| **FOR:** | Costco Wholesale Corporation  (Domestic State: WA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Re: JOHN RYAN, A SINGLE PERSON // To: Costco Wholesale Corporation |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # CV2022090614 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Phoenix, AZ |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/15/2022 at 02:48 |
| JURISDICTION SERVED : | Arizona |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 02/15/2022, Expected Purge Date: 03/02/2022 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>3800 N. Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / AP



## PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Feb 15, 2022

**Server Name:** Joseph Liddy

| Entity Served | COSTCO WHOLESALE CORPORATION |
|---|---|
| Case Number | CV2022-090595 |
| Jurisdiction | AZ |



Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
2/11/2022 11:05:32 AM
Filing ID 13928683

Person/Attorney Filing: Jonathan Henry
Mailing Address: 7540 S Willow Drive
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)359-5368
E-Mail Address: litigation@kent-law.org
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027976, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

John Ryan
Plaintiff(s),
v.
Costco Wholesale Corporation, et al.
Defendant(s).

Case No. CV2022-090614

**SUMMONS**

To: Costco Wholesale Corporation

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *February 11, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *DENISE HILL*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.



# Service of Process Transmittal
02/15/2022
CT Log Number 541061333

| | |
|---|---|
| **TO:** | Laura Aznavoorian, Litigation Supervisor<br>Gallagher Bassett Services, Inc.<br>1901 S. Meyers Rd, Suite 200C<br>Oakbrook Terrace, IL 60181 |
| **RE:** | **Process Served in Arizona** |
| **FOR:** | Costco Wholesale Membership, Inc.  (Domestic State: CA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JOHN RYAN, A Single Person // To: Costco Wholesale Membership, Inc. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # CV2022090614 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/15/2022 at 02:48 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/15/2022, Expected Purge Date: 03/02/2022 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3800 N. Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / AP



# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Feb 15, 2022

**Server Name:** Joseph Liddy

| Entity Served | COSTCO WHOLESALE MEMBERSHIP, INC. |
|---|---|
| Case Number | CV2022-090595 |
| Jurisdiction | AZ |



Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
2/11/2022 11:05:32 AM
Filing ID 13928684

Person/Attorney Filing: Jonathan Henry
Mailing Address: 7540 S Willow Drive
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)359-5368
E-Mail Address: litigation@kent-law.org
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027976, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

John Ryan
Plaintiff(s),
v.
Costco Wholesale Corporation, et al.
Defendant(s).

Case No. CV2022-090614

**SUMMONS**

To: Costco Wholesale Membership, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *February 11, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *DENISE HILL*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
2/11/2022 11:05:32 AM
Filing ID 13928680

KENT LAW, PLC
7540 South Willow Drive
Tempe, Arizona 85283
(480) 359-KENT(5368)
Jonathan J. Henry
State Bar No.027976
Daniel C. Kaapke, Esq.
State Bar No.034562
Litigation@Kent-Law.org
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JOHN RYAN, a single person,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation; COSTCO WHOLESALE MEMBERSHIP, INC., a foreign corporation; XYZ Corporations I-III; ABC Partnerships I-III; John and Jane Does II-III,<br><br>    Defendants. | No.: CV2022-090614<br><br>**COMPLAINT**<br><br><br><br>(Tort- Non-Motor Vehicle)<br><br>**Premises Liability** |

Plaintiff **JOHN RYAN**, hereinafter referred to as "Plaintiff", by and through undersigned counsel complaining of the Defendants, and in support thereof, states as follows:

## JURISDICTION & VENUE

1. Plaintiff **JOHN RYAN** is, and at all times relevant hereto, a resident of Hernando County, State of Florida.

2. The events giving rise to the cause of action set forth herein occurred within the State of Arizona, County of Maricopa; and this court has jurisdiction over the subject matter and parties to this litigation.

1

3. Defendant **COSTCO WHOLESALE CORPORATION** is a foreign corporation, and has caused events to occur in Maricopa County, State of Arizona, out of which the claim that is the subject of this Complaint arose.

4. Defendant **COSTCO WHOLESALE CORPORATION** has caused events to occur in Maricopa County, State of Arizona, out of which the claim that is the subject of this Complaint arose by virtue of its vicarious liability for the action and omissions of its duly authorized agents, servants and employees, acting within the course and scope of their employment with Defendant **COSTCO WHOLESALE CORPORATION.**

5. Defendant **COSTCO WHOLESALE MEMBERSHIP, INC.** is a foreign corporation, and has caused events to occur in Maricopa County, State of Arizona, out of which the claim that is the subject of this Complaint arose.

6. Defendant **COSTCO WHOLESALE MEMBERSHIP, INC.** has caused events to occur in Maricopa County, State of Arizona, out of which the claim that is the subject of this Complaint arose by virtue of its vicarious liability for the action and omissions of its duly authorized agents, servants and employees, acting within the course and scope of their employment with Defendant **COSTCO WHOLESALE MEMBERSHIP, INC.**

7. The true names and capacities, whether individual, corporate or otherwise, of the Defendants John and Jane Does I-III, ABC Partnerships I-III, and XYZ Corporations I-III, are unknown to the Plaintiff who therefore sues said defendants by such fictitious names and will ask leave to amend this Complaint to state their true names and capacities at such time as the same become known to the Plaintiff.

8. Defendants are residents or citizens of the State of Arizona, or caused events to occur in the State of Arizona, out of which the claim which is the subject of this Complaint arose.

Said corporate Defendants are either Arizona corporations or foreign corporations, partnerships, joint ventures, or other legal entities, which are doing business in Arizona or have caused events to occur in the State of Arizona out of which the claim that is the subject of this Complaint arose.

9. Plaintiff is informed and believes and therefore alleges that each of the defendants designated herein are legally responsible for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to Plaintiff as herein alleged.

10. Plaintiff seeks damages in excess of the minimum jurisdictional limits of this Court.

## GENERAL ALLEGATIONS OF FACT

11. On or about February 14, 2020, and for some time prior thereto, Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.**, through their duly authorized agents, servants and employees, possessed, controlled, managed, operated, and supervised a store located at or near 2887 South Market Street, City of Gilbert, County of Maricopa, State of Arizona.

12. On February 14, 2020, Plaintiff entered said location as a business invitee for the purpose of purchasing goods. On said date, there was liquid allowed to remain on the floor of said premises. As Plaintiff **JOHN RYAN** was traversing the premises, he slipped and fell due to the liquid on the floor.

13. Plaintiff **JOHN RYAN** slipped and fell due to Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.**'s negligence in maintaining the premises free from hazard. The dangerous and defective condition of the store was hazardous due to liquid being allowed to remain on the floor.

14. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.**, through their duly authorized agents, servants and

employees negligently caused, negligently maintained, and/or negligently allowed the premises of said place of business to remain in a dangerous and defective condition.

15. The dangerous and defective condition of the store floor was hazardous due to liquid being allowed to remain on the floor thereby creating a dangerous and defective condition on the Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.'s,** premises.

16. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, were aware or should have been aware of said condition and failed to take adequate steps to warn business invitees; patrons were not thereby warned of the existing hazard.

17. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, further knew, or should have known through reasonable inspection, of the liquid causing said hazard.

18. Plaintiff **JOHN RYAN** was injured and damaged, and therefore incurred monetary expenses.

## COUNT ONE: RESPONDEAT SUPERIOR

**(As to all Defendants)**

19. Plaintiff incorporates all previous paragraphs and all allegations herein by reference as if fully set forth herein.

20. At all relevant times to the subject incident, Defendants **W COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.'s,** duly authorized agents, servants and employees, were acting within the course and scope

of their employment.

21. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.** at all relevant times hereto are responsible for the negligent actions of their employees on the basis of respondeat superior master-servant, general agency principles, and otherwise.

## COUNT TWO: PREMISES LIABILITY

### (As to all Defendants)

22. Plaintiff incorporates all previous paragraphs and allegations herein by reference as if fully set forth herein.

23. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.**, through their duly authorized agents, servants and employees, were required to use reasonable care when maintaining said premises and/or operation to prevent injuring to the business invitees at said location.

24. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.**, through their duly authorized agents, servants and employees, knew or should have known that the premises at the store was hazardous due to the fact that there was liquid allowed to remain on the floor and thereby creating a dangerous and defective condition on the premises.

25. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.**, through their duly authorized agents, servants and employees, knew or should have known that there were no warnings of safeguards in place to protect the business invitees of the store against the danger created by the liquid on the floor.

26. Plaintiff **JOHN RYAN** was injured as a result of Defendants' failure to warn of,

safeguard, and/or remedy an unreasonably dangerous condition on said premises.

27. As a proximate result of Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.'s,** failure to warn of, safeguard, or remedy an unreasonably dangerous condition, Plaintiff was injured and suffered damages which include but are not limited to physical injuries, pain and suffering since the incident, past and future medical expenses, loss of earnings, and mental and emotional anguish, all in an amount to be determined at trial.

## COUNT THREE: NEGLIGENCE

**(As to all Defendants)**

28. Plaintiff incorporates all previous paragraphs and all allegations herein by reference as if fully set forth herein.

29. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, owed a duty to Plaintiff **JOHN RYAN** to maintain said premises in safe condition. This scope of care extended to Plaintiff **JOHN RYAN.**

30. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, negligently caused, negligently maintained, and/or negligently allowed the premises and/or operation of said business place in a dangerous and defective condition.

31. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, caused, knew, or should have known of the dangerous condition that existed there and did not take proper corrective action to make premises safe for persons at said location.

32. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.,** through their duly authorized agents, servants and employees, failed to remedy this dangerous condition, failed to give warning of this dangerous condition and/or otherwise failed to exercise reasonable care, diligence and prudence of said premises and/or operation of said business.

33. Defendants **COSTCO WHOLESALE CORPORATION and/or COSTCO WHOLESALE MEMBERSHIP, INC.'s,** breach of this duty is the legal and proximate cause of Plaintiff's damages, which include but are not limited to physical injuries, pain and suffering since the incident, past and future medical expenses, loss of earnings, and mental and emotional anguish, all in an amount to be determined at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff **JOHN RYAN** prays for judgment against the Defendants, and each of them, as follows:

1. For such sums as and for general damages in excess of the jurisdictional minimum of this court.

2. For such sums as and for special damages as will be proven at the time of trial.

3. For pre- and post- judgment interest at the maximum rate permitted by law.

4. For costs of suit herein and for such other and further relief as the court deems just and proper.

. . .

. . .

. . .

. . .

7

RESPECTFULLY SUBMITTED this February 11, 2022.

KENT LAW PLC.

*[signature]*

Jonathan J. Henry, Esq.
Daniel C. Kaapke, Esq.
*Attorneys for Plaintiff*

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
D. Hill, Deputy
2/11/2022 11:05:32 AM
Filing ID 13928682

Person/Attorney Filing: Jonathan Henry
Mailing Address: 7540 S Willow Drive
City, State, Zip Code: Tempe, AZ 85283
Phone Number: (480)359-5368
E-Mail Address: litigation@kent-law.org
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027976, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

John Ryan
Plaintiff(s),

v.

Costco Wholesale Corporation, et al.
Defendant(s).

Case No. CV2022-090614

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Jonathan Henry /s/
Plaintiff/Attorney for Plaintiff