# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Ryan, | No. CV-22-00419-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Costco Wholesale Corporation, et al., | |
| Defendants. | |

On April 23, 2024, the Court held a hearing on Counsel for Plaintiff's motion to withdraw and notice of death of plaintiff. (Doc. 50.) At the hearing, the Court advised the parties that if, within 90 days, Plaintiff's widow did not pursue a claim or a notice of appearance of counsel was not filed on her behalf, the Court would dismiss the matter without prejudice for lack of prosecution. There being no notice of appearance or notice to pursue claim having been filed,

**IT IS ORDERED** dismissing this matter without prejudice for lack of prosecution.

Dated this 24th day of July, 2024.

Douglas L. Rayes
Senior United States District Judge